UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Anthony D. Jones,

      Plaintiff,

v.                                  Case No. 09-10189

Michigan Works Agency, *et al.,*                Honorable Sean F. Cox

      Defendants.

_____/

## <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Acting *pro se*, Plaintiff Anthony D. Jones ("Plaintiff") filed this action on January 16, 2009.  This Court granted Plaintiff's application to proceed in forma pauperis and ordered service by the United States Marshal.  The United States Marshal attempted to serve Defendants at the addresses provided by Plaintiff.  On March 11, 2009, however, the summonses and complaints were returned unexecuted as undeliverable as to both Defendants.

On August 26, 2009, this Court issued an "Order to Provide Correct Address for Defendants," wherein this Court ordered Plaintiff to provide the Court with the correct names, titles and addresses of Defendant so that the United States Marshal could serve Defendants.  That Order directed Plaintiff to provide the information no later than September 8, 2009, and expressly cautioned Plaintiff that "[f]ailure to comply with this Order may result in dismissal of this action as to one or both of these defendants."

Nevertheless, Plaintiff has not responded to the Order and has not provided any of the requested information.  As a result, the United States Marshal is unable to serve Defendants and this action cannot proceed further.  Accordingly, **IT IS ORDERED** that this action is

**DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

           **S/Sean F. Cox**
           **Sean F. Cox**
           **United States District Judge**

**Dated:  November 17, 2009**

**I hereby certify that on November 17, 2009, a copy of the foregoing document was served upon Anthony D. Jones via First Class Mail at the address below:**

**Anthony D. Jones**
**1906 Clements, Apt 3L**
**Detroit, MI 48238**
           **S/Jennifer Hernandez**
           **Case Manager**